**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:12-CR-8** |
| | § | |
| | § | |
| **ROGER MEJIA BARDALES** | § | |

**MEMORANDUM ORDER**
**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate

Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal

Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule

of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea

Before the United States Magistrate Judge [Doc. #43]. The magistrate judge recommended that the

Court accept the defendant's guilty plea and conditionally accept the plea agreement. He further

recommended that the Court finally adjudge the defendant as guilty on Count One of the charging

Indictment filed against the defendant in this cause.

The parties have not objected to the magistrate judge's findings. The Court **ORDERS** that

the Findings of Fact and Recommendation on Guilty Plea [Doc. #43] of the United States Magistrate

Judge are **ADOPTED**. The Court defers acceptance of the plea agreement until after review of the

presentence report.

It is further **ORDERED** that, in accordance with the defendant's guilty plea and the

magistrate judge's findings and recommendation, the defendant, Roger Mejia Bardales, is hereby

adjudged as guilty on Count One of the charging Indictment charging violations of Title 8, United

States Code, Section 1324(a).

So **ORDERED** and **SIGNED** this **30** day of **April, 2012.**

_____

Ron Clark, United States District Judge